UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 23-341 (RBW) |
| ANNA LICHNOWSKI, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court during the bench trial held on July 10, 2024, it is hereby

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count One of the Information. See 18 U.S.C. § 1752(a)(1). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Two of the Information. See 18 U.S.C. § 1752(a)(2). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Three of the Information. See 40 U.S.C. § 5104(e)(2)(D). It is further

**ORDERED** that a **GUILTY** verdict is entered against the defendant on Count Four of the Information. See 40 U.S.C. § 5104(e)(2)(G).

**SO ORDERED** this 11th day of July, 2024.

_____
REGGIE B. WALTON
United States District Judge