**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 23-CR-341 (RBW)** |
| **ANNA LICHNOWSKI,** | |
| **Defendant.** | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to defense counsel on November 5, 2024 via USAfx, and to the Court on November 5, 2024 via USB drive, in connection with the government's sentencing memorandum. *See* ECF No. 67. These exhibits will be offered into evidence during the sentencing hearing scheduled for November 8, 2024. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. The exhibits are as follows:

1.      Government Sentencing Exhibit 1 is an annotated clip of U.S. Capitol Police ("USCP") surveillance footage from the Crypt of the U.S. Capitol, which was admitted into evidence at trial as Government Trial Exhibit 105A.1. The clip is 2 minutes and 20 seconds long and covers the period of approximately 3:01 to 3:03 p.m. EST on January 6, 2021. The relevant portion of the clip is from 0:35 to 0:55 elapsed, depicting two USCP officers approaching and interacting with Lichnowski. One of the officers pointed towards the other end of the Crypt as if to indicate that she should move to or leave in that direction.

2.      Government Sentencing Exhibit 2 is an annotated clip of USCP CCTV surveillance footage from the Crypt of the U.S. Capitol, which was admitted into evidence at trial as

Government Trial Exhibit 106A.1. The clip is 15 minutes and covers the period of approximately 3:18 p.m. to 3:33 p.m. EST on January 6, 2021. The relevant portions are from 4:00 to 4:35 elapsed (Officer T.A. approaching Lichnowski, Officer T.A. ordering her to leave, and Lichnowski picking up her things and moving) and from 6:53 to 14:04 elapsed (Lichnowski remaining unlawfully near a pillar in the Crypt until the area is flooded by police officers around 3:32 p.m.).

3.      Government Sentencing Exhibit 3 is the full spreadsheet of T-Mobile call records, part of which was introduced at trial as Defense Exhibit 4. The records confirm that **(i)** "all times below are reflected in Coordinated Universal Time (UTC), **(ii)** all times are reported in 24-hour or military format; and **(iii)** the call on row 1053 that purportedly took place on 2:35:48 on January 6, 2021 actually took place at 9:35 p.m. EST on January 5, 2021.

4.      Government Sentencing Exhibit 4 is a certificate of authenticity confirming that Government Sentencing Exhibit 3 is an authentic business record from T-Mobile.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      /s/ *Jake E. Struebing*
JAKE E. STRUEBING
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C.
(202) 252-6931
jake.struebing@usdoj.gov