The Honorable Judge Reggie B. Walton

United States District Court for the District of Columbia

E. Barrett Prettyman United States Courthouse

333 Constitution Avenue, N.W.

Washington D.C. 20001

October 15th,2024

Your Honorable Judge Walton,

I am writing to provide a character letter for Anna Lichnowski, who is my long-time friend and whom I have known for 8 years. I am aware of the charges brought against her and the current court proceedings. I believe it is important to share my perspective on her character and conduct.

I have had the privilege of witnessing Ms. Lichnowski demonstrate unwavering integrity, compassion, and responsibility throughout our friendship. Anna has always been a person of high moral character, displaying honesty and truthfulness in all her interactions. Anna has always shown respect for others by treating all individuals from all walks of life with dignity and character.

Based on knowing Anna Lichnowski very closely, I firmly believe that the actions in the charges brought against her are very uncharacteristic of her true nature. I genuinely believe that Anna is a person of integrity who made a mistake and is deeply remorseful for the consequences it has caused.

I kindly request the court's consideration of Anna Lichnowski's overall character and previous contributions to society. I am confident that with appropriate guidance and support, she will continue to positively contribute to the community. I firmly believe that Anna Lichnowski deserves an opportunity for redemption and rehabilitation. She will not get that serving a sentence in a prison.

Thank you for taking the time to review this character letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details

Sincerely,

Adam Hughes

11 Lilac Lane, Barnegat, NJ 08005

732-684-2380

AHBJJ@yahoo.com

The Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

October 20, 2024

Your Honorable Judge Walton,

I am writing to provide a character reference for Anna Lichnowski, whom I have had the privilege of knowing since we were both 7 years old. Over the years, despite me moving away from our hometown in 2005, she is the kind of person I turn to when life presents its precious moments and milestones, and her steadfast presence has been a great source of comfort and joy throughout my life.

Anna has always been someone I look to for her intelligence and compassion. I frequently seek her guidance when I need help understanding the fine print of documents such as insurance and medical documents for some unfortunate matters I've faced with my husband's health. Anna took on significant responsibilities at a young age, particularly after the loss of her mother, which speaks to her strength and dedication to her family. She had to step into an adult role early in life, which has always made her someone I trust when navigating complex matters like these as I've gotten older.

In her professional life, I've witnessed Anna's dedication and leadership. I remember when she was working as a business leadership coach, living by her personal motto, "Process, Not Perfection." During this, I saw firsthand Anna's passion for helping individuals and organizations unlock their potential, guiding them toward progress and personal growth. Her dedication to her work and the success of others reflects her sense responsibility and care for the community, often working closely with local business owners to help them thrive.

Due to my husband's medical issues and my work commitments, I have unfortunately had limited time or bandwidth to follow current events closely these last several years. So when I first heard about the situation Anna is facing, I was both surprised and saddened. While I respect and understand the court's decision, I find it hard to believe that Anna would bother to intentionally commit a crime or would want to harm anyone or anything. She always seems to have a full schedule, balancing a busy to-do list, client meetings, and her ongoing dedication to martial arts. My immediate concern is how this situation will affect her, her family, and her future. As someone who deeply values family, Anna has always envisioned starting one of her own, and I worry that the stress of this process could be detrimental to that aspiration.

Thank you for your time and consideration.

Sincerely,

Andrea Melone

10/6/2024

Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

To The Honorable Judge Reggie B. Walton,

Your honor, I am writing this character reference letter on behalf of my niece Anna Lichnowski. I have known Anna Lichnowski for over 30 years. I have watched her grow over the years and would like to provide some meaningful insight.

During that time, I have found Anna to be an honest, caring, and trustworthy person. For example: Due to her mother's illness, she was the predominant influence on her two siblings. She basically took care of their daily needs and molded them to become the successful individuals that they are today.

Anna worked her way through college and influenced her younger siblings to do as well. One sibling (Kristin) is a Physician Assistant and the other (Jessica) is an IT Specialist.

Anna is very respectful of the law. Her uncle is a former police officer in Point Pleasant, NJ and her cousin is currently a police officer in Piscataway, NJ.

I know that Anna both regrets and is embarrassed about her involvement in the Jan 6, 2021 protests. While I do not condone her actions, I do believe that her presence there for the most part can be attributed to social media.

I know that given the opportunity, Anna being the intelligent person that she is will refrain from such involvement in the future. She has all the potential for significant positive change as it relates to her family and community.

Yours sincerely,

*Andrew Lichnowski*

Andrew Lichnowski
160 Keswick Drive
Piscataway, NJ 08854

The Honorable Judge Reggie B. Walton

United States District Court for the District of Columbia

E. Barrett Prettyman

United States Courthouse 333 Constitution Avenue, N.W. Washington, D.C. 20001

Angalise Tatianna Martinez

11308 southwind lake dr

Gibsonton, FL 33534

Date: October 17th 2024

Your honorable judge Walton,

I am writing this letter on behalf of my friend Anna. We met through our jiu jitsu gym and over time i got to learn what an amazing and responsible person she truly is. In this letter i hope you can see that. Having this case open up was quite surprising because she has always been an active member in our community and in many more.

Anna is a very good friend of mine. She is a person you can trust and depend on. Whenever I would be going through something, Anna was there to support me and be there for me when she could. She is very ambitious and driven, she has a bright personality that shines in her work. Anna is always speaking up for herself and others. If someone is struggling or needing help she does her best to assist the situation. Not only is she good to her friends but she is also good to her family. She makes me feel like we are family with how she cares for me. When I was going through a rough patch with my family she opened her home for me and my siblings to stay with her when things got bad. She is very caring and empathetic to those around her. I understand and respect the courts decision but depending on what happens she will be missed by many. Anna wouldn't intentionally go out of her way to jeopardize her freedom. Not without good reason. She is a person that fights for what's right and is a friend to many. We will be losing a good friend, a productive member of society, someone who is a captain and takes pride in her work, someone who is an honorable teammate and someone who would fight for what she believes in. Even if no one is standing with her. During the preparations of hurricane Milton Anna took the time to help over 18 people within her community putting up shutters. She is willing to help anyone no matter if she knows you or not. She has compassion and empathy for others. While many would leave with the quickness and not think about others, You can count on Anna to help you and be there when you think all hope is lost. She is very reliable and resourceful, she's helped many and enlightened me with her life experience.

Upon the mention of what is happening she showed that she was reflecting on her actions and making changes for the better, whatever is thrown at her she learns from it and makes sure to not make the same mistake again. She has a strong desire to do better on things

1

and it shows through anything she does, she shows her strength and courage on and off the mats. I do not see her making a mistake like this again and she definetly knows she wont again.

Sincerly,

Angadise Martinez
Angadise T. Martinez



**CARUSO COUNSEL** LLC
Attorney-at-Law

One River Centre
331 Newman Springs Road
Building 1, 4th Floor, Suite 143
Red Bank, New Jersey 07701

Anthony R. Caruso Esq.
732.319.7600
arc@carusocounsel.com

November 3, 2024

The Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Ms. Anna Lichnowski

Your Honorable Judge Walton,

As a practicing business attorney in good standing and licensed since 1985, I am writing this letter to offer my heartfelt support and reference for Anna Lichnowski who is due to be sentenced in Your Honor's court. I have known Ms. Lichnowski for nearly ten years through business networking events, and eventually as a business client and friend. I can attest to her character and the positive contributions she has made to our community as an exceptionally intelligent individual with an enthusiastic entrepreneurial spirit.

Throughout the time I have known Ms. Lichnowski, I have been consistently impressed by her intellectual capabilities and innovative mindset. She has demonstrated a remarkable ability to think critically and creatively, which has been evident in her professional and personal endeavors. Being mindful of honoring the attorney-client privilege regarding her business transactions, I can attest to Ms. Lichnowski's involvement with some very interesting technology and intellectual property matters that impressed me for someone at her stage in her career. I eventually learned of her difficult childhood of which she overcame through perseverance and her willingness to improve and learn from her many setbacks, resulting in her graduating college ahead of schedule with an extremely impressive GPA.

In addition to her academic and entrepreneurial efforts, Ms. Lichnowski has been actively involved in the local community and has demonstrated a deep interest in politics. She has volunteered for numerous local initiatives, demonstrating a genuine commitment to establishing awareness and community responsibility among her friends and colleagues particularly in regard to exercising our voting rights in the election process.

I am aware of the gravity of the situation and the charges against Ms. Lichnowski. However, I firmly believe that this incident is not reflective of her true character. Ms. Lichnowski has expressed deep remorse for her actions and is committed to making amends. I understand through discussions that she has taken proactive steps to address the issues that led to this situation as it relates to the understanding of legal boundaries in light of exercising one's Constitutional rights.

I respectfully ask that Your Honor consider Ms. Lichnowski's positive attributes, particularly her intelligence, entrepreneurial contributions, community involvement, and impressive self-improvement efforts when determining the sentence. I believe that with the right support and guidance, she can continue to be a valuable member of our community and lead a law-abiding life as she has so much more to contribute as she continues to succeed in her young career and community involvement.

I sincerely thank Your Honor for taking the time to read this letter. I hope that my perspective will provide some insight into Ms. Lichnowski's character and the positive impact she has had on those around her.

Very truly yours,

Anthony R. Caruso, Esq.

Barbara Romas
3547 53rd Ave W
Unit 267
Bradenton, FL 34210

The Honorable Judge Reggie B Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Ave, N.W.
Washington, DC. 20001

October 5th, 2024

RE: Anna Lichnowski

Your Honorable Judge Walton,

With my humble duty, I feel obligated to write on behalf of Anna Lichnowski. I have had the pleasure of becoming close friends with Ms. Lichnowski over the most recent years. I even consider her an extension of my own family. She has shown me nothing but genuine kindness and has taught me how to approach life with open-mindedness and curiosity.

Ms. Lichnowski has a zest for life, a passion for learning, deep love for her family, is driven, and extremely disciplined. She is an inspiration and continues to be a positive influence on those around her. This year alone she has trained alongside her peers and competed in jiu jitsu tournaments, become Scuba certified, and has perused her captain's license. In my opinion she has always displayed a strong moral ethic, a willingness to help others, and is a pilar in the local community.

I believe that Anna is a valuable member of society who deserves leniency. I shall be most obliged if the Court were to take into consideration this view of mine as a supportive character reference.

Thank you for your time and consideration,

Sincerely,

Barbara L. Romas

November 2, 2024

The Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honorable Judge Walton,

My name is Ms. Bernadette Harding, former Legal Secretary of the Federal Trade Commission (FTC), Washington, D.C. I have known Ms. Anna Lichnowski for twenty years, since she was an Intern at the FTC. Ms. Lichnowski's personal qualities, attributes, strength of character and positive values demonstrated her deep passion for achieving great accomplishments in all her professional and personal pursuits. Key members of the FTC have recognized Ms. Lichnowski making sincere efforts to work constructively and to create a collaborative atmosphere, promoting the most positive team spirit and results. Ms. Lichnowski has clearly demonstrated her propensity to take leadership roles in various environments in both government and private industry and has started several businesses in her community.

Ms. Lichnowski has always been loyal to the highest moral principles, and has been a law-abiding citizen practicing sincerity, fairness, and justice. I am most impressed by Ms. Lichnowski's outreach to her community as an active citizen with a great commitment to service. During numerous hurricanes and tropical storms, in New Jersey and more recently in Florida (Sandy / Helene), Ms. Lichnowski sheltered, fed, nursed and provided her home to those who had lost or suffered severe damage to their homes, and businesses.

On a more personal level, Ms. Lichnowski is a cherished, loyal friend, being an honest, conscientious and passionate person. I cannot fathom Ms. Lichnowski ever intentionally committing a crime. Your Honor, a prison sentence would have severe negative consequences for Ms. Lichnowski's life. It would also be a great loss to her community, church, family and friends if Ms. Lichnowski is incarcerated. Please note Ms. Lichnowski has always been honorable, giving her best to God and country; to always helping other people; to keeping herself physically strong; mentally awake and morally straight.

Thank you for your deepest consideration.

Sincerely,

Bernadette Harding

To:     The Honorable Judge Reggie B. Walton
        United States District Court for the District of Columbia
        E. Barrett Prettyman United States Courthouse
        333 Constitution Avenue, N.W.
        Washington, D.C. 20001

From:   Brenton Miller
        6317 Springmont Loop
        Palmetto, Florida 34221

October 21, 2024

Your Honorable Judge Walton,

I am writing this letter on behalf of the woman I've spent almost half of my adult life with - a woman I call "soul mate."

Anna and I have been in a committed relationship for almost 13 years. Like many, ours isn't perfect, but I'm grateful to have shared so many joyful and equally painful experiences together because they have allowed us to grow tremendously as individuals and as a team.

Anna has overcome impossible obstacles in her personal life. She lost her mother and took responsibility for the welfare of her sisters at a young age. This required sacrifice of a life that she was already starting in Florida, which she wanted since she was a child. If not for her selfless return home to New Jersey for her family, her and I would have never met. Her sisters successfully graduated college, entered the workforce as highly paid professionals, and moved out of state to start their own lives. Anna was a huge part of empowering them to do this.

Her life was very different before we met. By the time we started dating, she was starting a well-rounded career in entrepreneurship, which eventually inspired me to leave my job and do the same. Given where she came from and the little support she had, it was surprising to see her take the risk of starting a business, which is often met with frustration, fear, failure, loss, insecurity, and doubt. Her consistent pursuit of different business opportunities speaks to her dedication, work ethic, and relentless commitment to greatness.

Despite always having a busy schedule in business, martial arts training (a passion of hers), and involvement in her community, Anna is our homemaker. She prepares our meals, cleans (obsessively), grocery shops, takes our animals to the vet, and always makes sure we have everything we need to make our home a "home."

We always ran our businesses and endeavors separately, but it never stopped Anna from wanting to be involved in mine. We have quite different leadership styles, and it's only now after many years of experience that I deeply appreciate the advice she has given me, regardless of whether I wanted it at the time. Anyone who knows Anna knows that she is a blunt communicator, but she always wants to bring out the best in people and challenge any limiting beliefs they have. More importantly, she is the type that never suggests doing something she wouldn't (or didn't already) do herself. I'm in the position I am today because she has pushed me to become a better man and provider, and she has always done the same herself.

This leads me to the events that occurred on January 6th, 2021. I didn't support Anna going to the rally because initially, she planned to go alone. It wasn't unusual for her to attend events alone because she has always been very independent, but after Covid, there were drastic changes in her immediate and extended world that caused her to isolate, which made her feel dejected and alone. She lost her business, riots were occurring in the suburban

county she grew up in, and she felt she no longer knew or understood the world she existed in. This caused her to dive deep into study about many topics - elections being one of them. I was helpless in consoling Anna, but I remember her telling me that she wanted to attend the rally at the Capitol so that she could be around like-minded people. I could not deny her that opportunity in her time of need even if I did not understand or agree with it.

Anna comes from a law enforcement family and planned to become a lawyer. She understands and reveres the law more than anyone I know. She even worked for a federal agency in Washington, D.C. in college. I know that she did not attend that rally with any intention of breaking any law. Granted, I do believe she had a serious lapse in judgement when she was there.

While I respect this court's decision, I do not feel a punishment as serious as incarceration would benefit society. Despite her freedom being potentially taken, Anna remains the backbone of our home, our businesses, and our community. Myself and our partners heavily rely on her for our companies, and we don't know how our operations will continue in her absence.

She currently administrates an online group of almost 350,000 people, which is integral in delivering information and resources to people in Manatee County being impacted by the recent hurricanes. She's fundraising for at least four small businesses that lost everything in the storms. Right before the hurricanes, she coordinated a volunteer group that assisted 18 people in her neighborhood with securing hurricane shutters. Without her efforts, businesses would be struggling to reopen, and our friends' and neighbors' property would have been destroyed.

I am also extremely concerned about Anna's asthma in the case she is incarcerated. She is otherwise healthy, but she heavily relies upon her training, multiple inhalers, and a nebulizer to stabilize her condition. She's had these issues our entire relationship (and I believe she's had them her whole life), but I fear if she is removed from her active lifestyle, her breathing could deteriorate.

It is for all these reasons, and many more that I have likely failed to articulate, that I politely request leniency in my fiancé's sentencing.


Sincerely,

Brenton Miller

James S. & Heather S. Miller
3420 70th Gln E
Palmetto, Fl 34221

October 6, 2024

The Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
States Courthouse
333 Constitution Avenue NW
Washington, DC 20001

The Honorable Judge Reggie B. Walton:

We are writing to you on behalf of Anna Lichnowski. We have had the pleasure of knowing Anna for over 12 years. She visited our home in New Jersey numerous times before she began to date our son. We have always known her to be a loving, caring person. She was involved in local activities and has always been ready and available whenever she was called upon to contribute her time and energy to a project, she was extremely helpful when we cleaned out our NJ home to move.

At her work she was always in a leadership position, lending her skills and expertise to assist others and make their lives better with that assistance. Locally she would involve herself in city and county projects that would help build the local experience.

One thing we have found is that Anna is passionate about her life as well as other people's lives and the effect she had in general and in the specific. She would always make herself available to offer help in any way and at any time she could.

The verdict she has received is extremely distressing and as it stands, it will have a major impact on her life, far beyond any penalty she will pay for this offense. She is forever marked as a criminal and that in itself is not just embarrassing, it is life changing.

When I took political science courses in college, I was amazed to learn that our legal system was based not on fairness but rather on Mercy. I hope that the 55 years since I learned that hasn't changed that definition. We are asking you to consider Mercy for Anna. We are being selfish in asking for this Mercy for our own personal needs as well as her mental wellbeing.

We are very distressed as we are entering a time in our lives when we both are experiencing more and more physical difficulties. We both have extensive back issues and Heather has almost completely taken to a walker and sitting about daily due to her pain. For my part the nerves in my back (stenosis) have begun to be inhibited by the increasing arthritis and my legs are often hurting and full of tingling, moving into numbness. While I had major surgery 6 years ago, that did work for this condition, the lower lumbar now handles all the stress on my back and the nerves are deteriorating with that pressure and the arthritis.

Anna has always been there to visit and hold up our spirits and assist us as needed. I know she does the same for her Aunt and Uncle who live just south of us. She is a godsend to our lives.

Your honor we humbly ask that you consider how much she means to us, our daily living needs and that her spending time in jail will not provide any positive results for us or our community.


Humbly,

James S. & Heather S. Miller

October 5, 2024

The Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N. W. Washinton, D.C 20001

Your Honorable Judge Walton.

I met Anna while I was in college. It was my junior year interning for Child and Family Services while Anna was interning for the Federal Trade Commission, a division of enforcement. This chance encounter would not have happened if it were not for The Washinton Center.  It did not take long for us to become close friends.

Anna has always been serious about her career. She has always been true to who she is. She is a family person and a great friend. She hosted my 30th birthday party where our friends and family came to celebrate. Anna may not be the perfect person, but she has a heart of gold. She has multiple titles in her life. A great friend, a great daughter, a great sister, and a proud citizen. I can go on and on. Both the most important

What I find most interesting about Anna is how she researches her family lineage. She is Jewish, but recently just find out. Anna tattooed her grandfather concentration camp number as a sign of respect. Anna may not be a perfect person, as everyone makes mistakes, but she is a law-abiding citizen. She is enthusiastic about what she does for work and volunteers her time to help others. She is passionate about the environment. For example, she helps clean the beaches where she lives.

Although, it is unfortune regarding the occurrences that happened January 6th, Anna is still a helpful, civic minded person who is politically engaged. I understand whatever decision is made regarding this case, it could impact the community and her family the most. Nevertheless, it is unfortunate, but I respect and understand the court's decision. Knowing Anna for the past 14 years, I do not think she would intentionally commit a crime.

Respectfully,

Jennifer Suzanne Bollinger

The Honorable Judge Reggie B. Walton                                    10/16/2024
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C., 20001

Your Honorable Judge Walton,

I am writing to you on behalf of my sister, Anna Lichnowski. Although I am sure you have made your conclusion about my sister's character based on her presence at the January 6th protest, I want to give you a different perspective on her character based on my 36 years of knowing her. I would be there in person if I could, but I work in healthcare and unfortunately, we are short staffed and in critical need of coverage or else I would be there in person to support her.

As stated above, I have known my sister for the entirety of my 36 years on this earth. I can without hesitation tell you that although she can be hardheaded and say stupid things in the heat of a moment, she undoubtedly has one of the biggest hearts I know and would do anything for her family/friends. Unfortunately, we did not have the best upbringing as kids. Our mother died rather suddenly when we were young and my dad, although he did the best he could, resorted to alcohol to cope with the loss. Anna, being my big sister, was always protective of hiding his addiction from me. When he would get mad and become verbally abusive towards me, Anna was the shoulder I could cry on and would lift me up when he would tear me down. Although she had her own struggles, she kept me pushing on my own path and is one of the reasons I am where I am today. Of course, like any family, we would also have our fair share of arguments and would sometimes go a period without talking; but despite this, we would always find a way to talk things through and ultimately respect each other's opinions (despite having many, many opposing views). I would like to share a card she wrote me back in 2010, which was 4 years after our mother died, demonstrating the Anna I know: the blunt but big-hearted sister who would do anything for her family:



I know the post few years & intermittent tragedies have
weighed heavly on our heads & hearts, but I want you to know
how much I admire your focos and perseverance in face of
stress. You have such a drive and passion in your soul what
makes me proud to call you my sister. I don't care how gay it
sounds, but this Christmas I keep thinking about what I've
most greatful for. Despite the bitching, yelling, & sporatic
cleprottania, you, Jess and I have found ways to prove
our loyalty to one another. We may not see eye to eye
about a lot of things, but we're all different in our own ways
I respect that. But what amazes me is that we all have
our toxic sides that leave us at each others' throats, yet we
all hold a piece of mom that brings us close when it really
counts. I don't tell it to you oftenenough, but I think
about you everyday & love you uncondtionally. As we
grow, I know the bad fights & lapses of time that pass
where we don't speak will lessen. Hopefully a time while
come where we all can learn to respect each others' opinions
& accept each other for who they are. Likes, too short & having
you as my sister is one of the greatest blessings in my life taddy.
We put the "fun" in dysfunctional, but we're family, and I love you so much.
KRISSY~                                                        12/25/10



Peace and joy
throughout the new year



Love Always,
Your Sister,
Anna

A more recent example of my sister's kind heart is during the aftermath of both Hurricane Helene and Milton, my sister as well as her finance and business partners were all out helping family, friends, and neighbors in the recovery efforts and were even helping fundraise to raise money for some of the local businesses that were destroyed in the hurricanes.

My sister is not a bad person. She is not an anarchist. Although we did have somewhat of a dysfunctional upbringing, our parents and family members (who were police officers) taught us to respect the law and I know she would not intentionally damage property or hurt anyone and she has no priors of doing such. I am sure she regrets her decisions on January 6th. This is why I am hoping for leniency in her sentencing.

I appreciate and thank you for taking the time to read my letter and I hope it sheds a brighter light on my sister's character and gives you a glimpse of the kind of person she really is.

Respectfully,

Kristin Lichnowski

Leo Zaccari

400 Dutchneck Rd A2

East Windsor, New Jersey 08520

arkhangel1@protonmail.com

908 675-0373

October 5th, 2024


The Honorable Judge Reggie B. Walton

United States Court for the District of Columbia

E. Barrett Prettyman United Stated Courthouse

333 Constitution Avenue, N.W.

Washington D.C. 20001


It is with great pleasure that I write this letter for Anna Lichnowski, whom I have known for the past seven years. Anna is a great friend. We began speaking by chance when I mistook her for a classmate from college, due to the similarities of their names. Despite not knowing me, Anna was quite friendly and recommended contacts and strategies to help with my newly created marketing business. Anna extended invitations to join several meetings of social groups in the area and our friendship grew. Upon hearing that I was moving, she dropped everything to help, despite the short notice.

Despite being in a different state, Anna continued to help with recommendations and helpful tips. Some time later, she moved with her fiancé to Florida and started a business together. Anna's incarceration will greatly impact both her relationship and her business that she and her fiancé started together. Additionally, the incarceration of Anna would result in a loss of tax revenue that the state and federal government would derive from her business.

While I greatly respect and understand the court's decision, I wholeheartedly believe that a sentence that includes incarceration would be excessive for someone like Ms. Lichnowski. The burden on her family, her community, and herself would be too great, and as her friend I request that the court grant her leniency in her sentence.. Anna Lichnowski is a hard-working, loyal, compassionate member of the community and deserves a second chance. I hope the court finds it in their hearts to give her that chance.

Sincerely,

Leo Zaccari

October 5, 2024

The Honorable Judge Reggie B. Walton

Court For the District of Columbia

E. Barrett Prettyman

United States Courthouse

333 Constitution Avenue

N.W. Washington, D.C. 20001

The Honorable Judge Reggie B. Walton,

I've known Anna Lichnowski, since she was born, and I am her godfather. Watching Anna grow through the years into adulthood has been has always been a joy. From my first dance with her in grammar school to the pride seeing her graduate was a pleasure to be so close to. Our family relationship has without a doubt been an honor to experience.

Since graduating from college and entering a path to the working world Anna has always relied on myself and her aunt for advice for many things. Her passion entering a professional field was always high and if that course didn't pan out, she

never let it overcome her. She would easily search out other endeavors to become professionally successful.

We are fully aware of the situation she became embroiled in when she made a decision to go to Washington for what she believed was a peaceful demonstration. This decision will unfortunately affect all of those around her from family, to friends, to business associates. It has saddened us all and surely adds unnecessary stress none of us expected and do not believe Anna had it in her to commit these crimes she's charged with.

Being a retired Police Officer of 30 years I, of course, have always respected the rule of law and the decisions of the justice system to bring those guilty to justice. I am hoping that the Court will show a measure of leniency in their final sentencing decision for Anna Lichnowski.

Please take into consideration in your final judgement the unfortunate circumstances that arose from January 6th. Many people attended what they thought would be a peaceful demonstration as afforded all of us by the Constitution of the United States. The President at that time who clearly lost the election rallied his supporters into a frenzy filled with violence. Rather than accept the election results he turned an angry mob loose on the Capital causing law enforcement officers to fight

for their lives while protecting the lives of others. Many people got caught up in the energy this created and many followed the crowds into the Capital devoid of their better judgement. This is why we are in the situation that this country is in now. Had former President Trump redirected his followers maybe this chaos would have been averted. Lives were lost that day that never should have been. Otherwise, peaceful citizens of our country were manipulated into thinking that violence was the only way to be heard.

Respected Submitted,

*Lewis E. Thompson*

Lewis E. Thompson

October 24th, 2024

The Honorable Judge Reggie B. Walton

United States District Court for the District of Columbia

E. Barrett Prettyman United States Courthouse

333 Constitution Avenue, N.W.

Washington, D.C. 20001

**Your Honorable Judge Walton,**

I am writing this as a personal reference letter to Anna Lichnowski, who has been a close and trusted friend of our family for over ten years. Anna and her fiance are the de facto guardians of our daughter, Julia, if something should happen to my husband or myself. Anna has been a positive force in Julia's life since she was a child. From when Julia was a young girl, through her college years, and now into adulthood, Anna has always been a great support system for Julia and myself.

Anna has been a great friend and someone I can count on during good and difficult times. I have always known Anna as the type of person who is willing to help others, even volunteering her time when someone is in need. She has a big heart and has always been there for our family in so many ways. She also leads by example in her own life, living a healthy and active lifestyle and encouraging those around her to take care of themselves, as well, which has always inspired me.

Thank you.

Sincerely, Marisa MacCarty.

*Marisa MacCarty*

The Honorable Judge Reggie B.Walton
United States District Court for the District of Columbia
E.Barrett Prettyman United States Courthouse
333 Constitution Ave. N.W.
Washington D.c. 20001

Mary Ellen Viola
93 Driftwood Dr.
Brick, N.J. 08723
Oct.15, 2024

Your Honorable Judge Walton,

I am writing to you in support of Anna Lichnowski. I have known Anna for quite sometime and truly believe that there was no ill intent by her on January 6, 2001.

I realize that ignorance of the law is not a defense nor an excuse. I am writing to you because I'm certain that had Anna been aware that her action, entering the Capitol and chanting was a misdemeanor she would not have done so.

Anna is a true Patriot in every sense of the word. She is not only a law abiding citizen but one who acts to support our laws and their enforcement whenever able. She is civic minded and is always the first to volunteer when help in her community is needed. I understand that punishment is necessary but our world would be a better place if Anna were allowed to expand her community service efforts at your direction.

Thank you for allowing me this opportunity to tell you about my friend.

Respectfully,

Mary Ellen Viola

November 1, 2024

United States District Court
For the District of Columbia E.
Barrett Prettyman United States Court House 333 Constitution
Ave.
N.W. Washington, D.C. 2001

To Honorable Judge Reggie B. Walton

I am writing this character reference for Anna Lichnowski. Anna
is one of my closest friends, co-worker and I consider her
family. I have known Anna for two years now. I am aware of the
charges brought against her and the upcoming hearing date. I felt
she deserves for those in her life to express the positive impact
that she has in society.

I met Anna through my daughter's father-in-law. Anna is also
involved in the company that I work for, Island Hoppers Boat
Tours. This has allowed me to not only have her as a friend but
also a mentor and teacher to become the best that I can be at
what I do. I have gotten to see her in a personal light as well as
professional.

I have gotten to experience Anna's high moral standard in many
instances and from this experience attest to the fact that Anna is
not the type of person to normally do what she has been charged
for. I believe that Anna acted out of character. She often is the
voice of reason, honesty and compassion while also encouraging
and challenging me to show up everyday as my best self. Anna
has expressed her deep regret she bears for what challenges this
has brought to her and her family. I believe her to be extremely
sincere during the time she expresses this regret. Anna has many
people in her life that guide her in a positive path as well. She
has a huge support system and that to me speaks to her character
as well.

During hurricane Milton, Anna went around the neighborhood

and installed storm shutters for everyone who needed assistance.
She didn't ask for a fee and completed as many homes as she
could fit into each day. When it comes to serving her community
there is no barrier with what she is willing to do. Without her
support that she has shown our family and community we would
have greatly suffered.

I request the court to consider Anna's positive influence that she
has had on the community. As well as consider the negative
impact it would make for her to be unable to continue to make
that impact. Thank you for your time and consideration of this
character letter.

Sincerely,
Natasha Young
6342 Fairmont Lane
Palmetto, FL 34221
941-285-6010

October 10, 2024

The Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Your Honorable Judge Walton,

I hope this letter finds you well. I am writing on behalf of Anna Lichnowski, who has been a part of my family since she began seeing my brother twelve years ago. Over the years, she has become an integral member of our lives, treating my children with the same love and care as if they were her own niece and nephews. Anna is a regular presence at our holidays and birthdays, showering my children with attention. My youngest, who can be quite a handful, receives extraordinary patience from her, often playing Avengers with him for hours when others have long since grown weary.

I will always remember ten years ago when I was hospitalized for several days. During that difficult time, Anna was the first to visit me, bringing a thoughtful care package that included a phone charger, Palmers cocoa butter lotion, and some delicious snacks. Her kindness and thoughtfulness were deeply appreciated.

Anna is wholly dedicated to her family. When her father faced health issues, she traveled from Florida to care for him, demonstrating her unwavering commitment and compassion.

The news of her conviction has been devastating for our family. While I respect the court's decision, I respectfully plead for leniency in her sentencing. Having known Anna for so long, I can vouch for her character as a good and law-abiding citizen. I do not believe she would intentionally break the law. She is kind, faithful, and loyal to those she loves. My children are eagerly asking when they can see Aunt Anna again. I ask that you consider her family and the impact of this decision on us.

Thank you for taking the time to read this letter. I hope for a fair and compassionate judgment.

Sincerely,

Paige Hackett

October 5, 2024

United States District Court
For the District of Columbia E.
Barrett Prettyman United States Court House 333 Constitution Ave,
N.W Washington, D.C. 2001

To Honorable Judge Reggie B. Walton

I am writing to verify a character reference for Anna Linchnowski, who is my business partner, personal assistant and most of all close friend and family to my wife and me. I have known Anna for 4 years, and I am aware of the charges brought against her and the upcoming court proceedings, and I believe it is important to share my perspective on Anna Linchnowski character and conduct.

I've had the privilege of witnessing Anna Linchnowski demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Anna Linchnowski has been a person of high moral character, displaying honesty and truthfulness, with all her interactions. Anna Linchnowski has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.

Based on my knowledge of Anna Linchnowski, I firmly believe that the actions alleged in the charges against her are uncharacteristic of her true nature. I genuinely believe and know that Anna is a person of integrity who made a mistake and is deeply remorseful for the consequences it has caused her family, friends and most of all herself.

I kindly request the courts consideration of Anna Linchnowski's overall character and previous contributions to society. I am confident that with appropriate guidance and support, she will continue to positively contribute to the community. I firmly believe the Anna Linchnowski deserves an opportunity for redemption and rehabilitation.

I have been in law-enforcement for over 20 years and have worked on thousands of cases in juvenile law, with families, and high-profile cases. Anna truly is a unique and caring individual with the highest morals, that I have seen throughout my law enforcement career. Anna volunteers her time to the community, raises money, and has even had a volunteer group putting up storm shutters for the current hurricane that destroyed Florida. Without Anna, a lot of people in our neighborhood would not have survived. Because of her, they preserved and protected their personal property. Anna's

volunteer work and level of care for others goes above and beyond any other person I have worked with or know. Without Anna, many people would not see such a TRUE HERO in their community to look up to in their time of need.

In closing I would love to share the personal side of Anna and the person I have grown to love, respect and could not imagine being in my life. Anna refers to me as Grandpa and she has truly become my daughter and family member. The trust I have in Anna is undeniable. I count on her to do my financials, care for our company banking, as well as the face of the company. Without Anna Island Hoppers Boat Tours would fail. My wife and I would be devasted as would the multiple employees that she over sees. Anna is also in charge of one of the largest Facebook pages in the Florida, Anna Maria Island area. Anna assures that everyone is informed, knows of functions, things to do and most recently Anna kept over 300 hundred thousand people informed of the Hurricane Helene and Milton events, that has wrecked and taken so many life's. Anna gave them hope and most of all resources and comfort in a time of need. I have personally appointed Anna Linchnowski in my Will and Estate to oversee my health and care of me if needed. That takes great faith and trust of someone when giving them those powers

Your Honor, I truly ask for mercy in Anna Linchnowski case and want to personally thank you for taking the time to review this character reference letter. Your Honorable Judge Walton or the courts have any additional information or further clarification please do not hesitate to contact me at the provided contact details listed below.

Sincerely
Officer Robert A. Chiodini
5920 Laurelcrest Gln, Palmetto, Florida 34221
435-922-9451 email: chiodinira@yahoo.com

10/5/2024

Mr. Seth Keshel
49 E. Forrest Feezor St.
Vail, AZ 85641


5 October 2024

The Honorable Judge Reggie B. Walton
United States District Court of the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001



Your Honorable Judge Walton,

     I have known Anna Lichnowski or more than two years as a friend and business colleague.  In that time, I have found her to be an innovative, creative, and others-minded citizen with a propensity for elevating others and pioneering new ways to solve business problems.  Her work in the field of startups helps create economic opportunities for those with unique skillsets and helps introduce new ideas to the marketplace of entertainment, civic engagement, and content creation.

     In this sense, I consider Anna an excellent citizen who, despite her convictions in association with the events of January 6, 2021, will lead a productive life in all aspects – professional, family, civic, and person – once she has moved beyond this chapter in her life.  I respect the court's ultimate decision and wish to make it clear I don't believe Ms. Lichnowski is a threat to the general peace or likely to ever commit a crime.

     It is my hope that her actions and determination made evident since January 6, 2021, will lead to a lenient sentence and expeditious reintegration to everyday life.  I am available for further comment at your convenience in writing at the address listed above or by email at skeshel@gmail.com.



Sincerely,


Seth Keshel, MBA

The Honorable Judge Reggie B. Walton
The United States District Court For The District Of Columbia
E. Barrett Pettyman United States Courthouse
333 Constitution Ave. N.W.
Washington D.C.

Susan Van Lunen
126 St. Lawrence Blvd.
Brick, N.J. 08723

Your Honorable Judge Walton,

I am writing you to support and tell you about my friend Anna Lichnowski.

I met Anna several years ago and have been close friends ever since.

Anna is the same age as my own children, and I would be proud to have her as a daughter. She is very family minded, cares for her dad along with her sisters.

Anna is business and community minded, has built businesses with her fiancé that have supported themselves and the communities they have lived in, trying to make it a better place for everyone.

She is levelheaded and focused; she's been involved with martial arts for many years. It's something she does for personal and spiritual growth.

Anna is honest and respectful, of life and the law. Had she even thought she was breaking the law I truly believe she would have never entered the capitol on January 6th.

I understand she is being charged with misdemeanors and your job is to uphold the law with punishment.

Separating Anna from her family, fiancé, friends, community, and business would be traumatizing and certainly life changing for all that are involved. Especially her fiancé, and her family now that they rely on her for help and support.

Please consider possibly putting her into a community service program where she excels, and our society and communities would benefit.

Thank you for reading this.
God Bless you.

Susan Van Lunen

10-20-24

The Honorable Judge Reggie B. Walton
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

November 3, 2024


**Your Honorable Judge Walton,**

My name is Tina Smith, and I have had the privilege of knowing and being friends
with Anna D. Lichnowski. While I am aware of the serious nature of this situation, I
believe it is essential to share the Anna I know.

I met Anna when I decided to start training Brazilian Jiu Jitsu about 2 years ago.
Anna was the first person that I ever sparred as a white belt, and I'm so glad that it
was her. It was a moment I will never forget. Not only because it was the start of
the hardest and best thing I've ever done in my life, but also because Anna was the
perfect person to have sparred. She pushed me to limits I didn't know I had, but
she also coached and built me up the whole way through. Every class with Anna
was consistently met with encouragement, inspiration, and a solid teamwork
mindset. She was always lending a helpful hand wherever one was needed inside
and outside of class. Whether it was planning birthdays, movie nights, classes, or
gatherings she was always there to contribute in a positive way. If anyone was ever
struggling in any way she was always there to listen, empathize, and offer wisdom.
There were troubled teens that would come to our gym, and she was always the
first to be there for them. She gave them rides home when needed, lifted them up
with positive words when they were down, provided them with financial support,
and always had deep empathy and compassion for what they were going through.
Anna has consistently extended this same understanding, concern, unconditional
love, and loyalty in her friendship towards me and my family inside and outside of
Jiu Jitsu class. I have seen firsthand how Anna's presence has helped others gain
confidence and handle adversity. She definitely exemplified the traits she sought to
instill in others: brutal honesty, clear communication, and perseverance.

This situation has been extremely difficult for Anna and all who know her. The Anna
I know has always had a deep love for her country. I could never see Anna

intentionally committing ANY crimes. I wish the ruling on this case had been a different outcome, but I respect and understand it. Knowing Anna, I am confident that she will emerge from this situation with a renewed dedication to her principles and a stronger commitment to serving her community.

In my experience, Anna is not one to shy away from accountability, and her strength lies in her willingness to grow and change. I believe that this experience, while challenging, will only deepen her commitment to acting as a positive force in her community and in the lives of others. I hope that, as you consider her case, you will take into account Anna's history of good name, and reputation for positive contributions to her community.

Thank you for taking the time to consider this letter. I am grateful for the opportunity to share my firm belief in Anna's good character, her capacity for growth, and her consistent positive contribution to society.

Sincerely,

Tina M. Smith

Address: 4480 29th Avenue Cir E Palmetto FL 342221
Phone: 727-501-5348